# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CR287** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **KHA MANH NGUYEN,** | ) | |
| **BICH NGUYEN and** | ) | |
| **LIEN NGUYEN, a/k/a Lynn Wynn,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the motion for an extension of time by defendant Lien Nguyen (Filing No. 62). Lien Nguyen seeks until March 14, 2008, in which to file pretrial motions in accordance with the progression order (Filing No. 43). Lien Nguyen has filed an affidavit wherein she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Lien Nguyen's motion for an extension of time (Filing No. 62) is granted. Lien Nguyen is given until **on or before March 14, 2008,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **February 28, 2008 and March 14, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 28th day of February, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge