IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR287 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LIEN NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the government to continue the April 7, 2008 suppression hearing (Filing No. 81). Government's counsel represents that counsel for defendant Lien Nguyen has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The motion to continue the suppression hearing (Filing No. 81) is granted.

2. The hearing on Nguyen's motions to suppress (Filing Nos. 73, 74, and 75) is re-scheduled for **9:00 a.m. on April 15, 2007,** before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant Lien Nguyen shall be present for the hearing.

3. Counsel are reminded of the requirements of NECrimR 12.5 which provides as follows:

> **Disclosure of Evidence.** This rule applies to all evidentiary hearings on pretrial motions in criminal cases.
> (a)   **Witnesses.** A the time of the hearing, and to the extent reasonably possible, the parties shall submit to the judge and courtroom deputy a written list of all witnesses whom the parties expect to call.
> (b)   **Exhibits.** At least twenty-four (24) hours before the hearing, each party shall mark the exhibits that party intends to introduce into evidence at the hearing, and provide a copy to counsel for all other parties and to the presiding judge. Exhibits should be marked as follows: government's exhibits beginning at Number 1 and defense exhibits beginning at Number 101.

DATED this 4th day April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge